IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

Case Number: 04-12508 GAO

FIRST PIONEER FARM CREDIT,
   Plaintiff

v.

FIRST PIONEER CREDIT UNION,
   Defendant

## APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for the Defendant, FIRST PIONEER CREDIT UNION, in the above-entitled matter.

Dated: December 14, 2004

THE DEFENDANT,
FIRST PIONEER CREDIT UNION
BY ITS ATTORNEY

CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with F.R.C.P., on December 14, 2004.

  /s/ Michael K. Callan
   Michael K. Callan, Esq.

By  /s/ Michael K. Callan
  Michael K. Callan, Esquire
  Doherty, Wallace, Pillsbury
  &amp; Murphy, P.C.
  One Monarch Place
  1414 Main Street, 19th Floor
  Springfield, MA  01144
  Phone:  (413) 733-3111
  Fax:    (413) 734-3910
  B.B.O. No: 558912

250445-1