IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

Case Number: 04-12508 GAO

FIRST PIONEER FARM CREDIT,
   Plaintiff

v.

FIRST PIONEER CREDIT UNION,
   Defendant

**APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for the Defendant, FIRST PIONEER CREDIT UNION, in the above-entitled matter.

Dated: December 14, 2004

THE DEFENDANT,
FIRST PIONEER CREDIT UNION
BY ITS ATTORNEY

CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with F.R.C.P., on December 14, 2004.

 /s/ Deborah A. Basile_____
  Deborah A. Basile, Esq.

By__/s/ Deborah A. Basile_____
  Deborah A. Basile, Esquire
  Doherty, Wallace, Pillsbury
  & Murphy, P.C.
  One Monarch Place
  1414 Main Street, 19th Floor
  Springfield, MA  01144
  Phone:  (413) 733-3111
  Fax:    (413) 734-3910
  B.B.O. No: 549281

250451-1