UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIRST PIONEER FARM CREDIT<br>Plaintiff<br><br>v.<br><br>FIRST PIONEER CREDIT UNION<br>Defendants | CIVIL ACTION NO. 04-12508 GAO |

## NOTICE OF APPEARANCE

Please enter my appearance for the defendant, First Pioneer Credit Union, in the above-captioned matter.

_____
Kevin C. Cain BBO #550055
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
Telephone: (617) 951-2100

Dated: December 16, 2004.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above document was served upon all counsel of record by first class mail this 16th day of December 2004.

Michael K. Callan, Esq.
Deborah A. Basile, Esq.
Doherty, Wallace, Pillsbury and Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA 01144-1900

Steven M. Cowley, Esq.
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110

Kevin C. Cain

604081_1