UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---

FIRST PIONEER FARM CREDIT
Plaintiff

v.

FIRST PIONEER CREDIT UNION
Defendants

---

CIVIL ACTION NO. 04-12508 GAO

## JOINT MOTION TO CONVERT THE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION TO A MOTION FOR PERMANENT INJUNCTION, TO CONTINUE THE JANUARY 5, 2005 PRELIMINARY INJUNCTION HEARING AND TO CONVENE A RULE 16 CONFERENCE ON JANUARY 5, 2005 TO SET AN EXPEDITED DISCOVERY SCHEDULE AND FINAL HEARING DATE

The parties respectfully request that this Court convert the plaintiff's motion for preliminary injunction to a motion for permanent injunction. The parties further request that the Court convene a Rule 16 conference in lieu of the Preliminary Injunction Hearing scheduled for January 5, 2005. As grounds for this motion the parties state that an expedited final resolution of the equitable claims is in the best interest of both parties.

Respectfully submitted,
FIRST PIONEER CREDIT UNION

By its attorneys,

Kevin C. Cain BBO #550055
Michael J. Cedrone BBO #657708
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
Telephone: (617) 951-2100

FIRST PIONEER FARM CREDIT

By its attorney,

_____
Steven M. Cowley BBO #554534
Elizabeth A. Spinney BBO #657848
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA  02110

Dated:  December 23, 2004

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above document was served upon all counsel of record by first class mail this 23rd day of December 2004.

Michael K. Callan, Esq.                           Steven M. Cowley, Esq.
Deborah A. Basile, Esq.                           EDWARDS & ANGELL, LLP
Doherty, Wallace, Pillsbury and Murphy, P.C.      101 Federal Street
One Monarch Place, Suite 1900                     Boston, MA  02110
Springfield, MA  01144-1900

_____
Kevin C. Cain

604540_1