UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| FIRST PIONEER FARM CREDIT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRST PIONEER CREDIT UNION, )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 04-12508 GAO |

**PLAINTIFF'S CERTIFICATION**
**CONCERNING A BUDGET FOR THE ABOVE-CAPTIONED MATTER**

Pursuant to Local Rule 16.1(d)(3), the undersigned hereby certify that they have conferred with a view to establishing a budget for the cost of conducting the full course, and various alternative courses, of the above-captioned litigation, and have considered the use of alternative dispute resolution programs.

Respectfully Submitted,

FIRST PIONEER FARM CREDIT, ACA,

*/s/ Michael O'Connor*
Michael O'Connor
174 South Road
Enfield, CT 06082

EDWARDS & ANGELL, LLP

_____
Steven M. Cowley (BBO No. 554534)
101 Federal Street
Boston, MA 02110
Ph: 617-439-4444
Fx: 617-439-4170

Dated: January 4, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| FIRST PIONEER FARM CREDIT,   )<br>                                                    )<br>            Plaintiff,                      )<br>    v.                                           )<br>                                                    )<br> FIRST PIONEER CREDIT UNION,  )<br>                                                    )<br>            Defendant.                  )<br>_____) | CIVIL ACTION<br>NO. 04-12508 GAO |

**PLAINTIFF'S CERTIFICATION**
**CONCERNING A BUDGET FOR THE ABOVE-CAPTIONED MATTER**

Pursuant to Local Rule 16.1(d)(3), the undersigned hereby certify that they have conferred with a view to establishing a budget for the cost of conducting the full course, and various alternative courses, of the above-captioned litigation, and have considered the use of alternative dispute resolution programs.

Respectfully Submitted,

FIRST PIONEER FARM CREDIT, ACA,          EDWARDS & ANGELL, LLP

_____          _____
Michael O'Connor                                          Steven M. Cowley (BBO No. 554534)
174 South Road                                             101 Federal Street
Enfield, CT 06082                                         Boston, MA 02110
                                                                      Ph: 617·439·4444
                                                                      Fx: 617·439·4170

Dated: January 4, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above document was served upon Kevin C. Cain, counsel of record for the Defendant, at Peabody & Arnold LLP, 30 Rowes Wharf, Boston, MA 02110, by fax and first class mail this 4th day of January 2005.

_____
Steven M. Cowley