UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| FIRST PIONEER FARM CREDIT,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>FIRST PIONEER CREDIT UNION,  )<br>  )<br>Defendant.  )<br>  ) | CIVIL ACTION<br>NO. 04-12508 GAO |

**JOINT STATEMENT OF THE PARTIES
PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to Rule 16.1(d) of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff First Pioneer Farm Credit and Defendant First Pioneer Credit Union hereby submit this Joint Statement pursuant to the Scheduling Conference of January 5, 2005:

1. Proposed Pretrial and Trial Schedule

    January 19, 2005    The parties shall exchange automatic disclosures, including production of documents

    March 11, 2005      The parties shall disclose expert witnesses, including the disclosures required by Fed.R.Civ.P. 26(a)(2).

    March 25, 2005      All fact and expert discovery shall be completed

    April 8, 2005       The Plaintiff shall submit its motion for permanent injunction and any supporting materials in support of that motion

    April 18, 2005      The Defendant shall submit its opposition to the Plaintiff's motion for a preliminary injunction and any supporting materials

|  |  |
|---|---|
| April 20, 2005 | A pre-trial conference shall commence at 2:00 p.m. |
| April 25, 2005 | The Plaintiff shall submit its reply to the Defendant's response to Plaintiff's motion for a permanent injunction and any supporting materials |
| May 4, 2005 | A hearing on the motion for permanent injunction shall commence at 9:00 a.m. |

2. <u>Certification</u>

Plaintiff has filed certifications required by Local Rule 16.1(d)(3).

3. <u>Consideration of Trial by Magistrate Judge</u>

The parties do not consent to a trial by the Magistrate Judge.

4. <u>Settlement</u>

Plaintiff has made a settlement proposal to the Defendant as required by Local Rule 16.1(c).

Dated: January 14, 2005

Respectfully Submitted,

FIRST PIONEER FARM CREDIT, ACA,

By its attorneys,

*Elizabeth A. Spinney*
Steven M. Cowley (BBO No. 554534)
Elizabeth A. Spinney (BBO No. 657848)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts 02110
Ph: 617·439·4444
Fx: 617·439·4170

BOS_474276_1/EANDERSON

FIRST PIONEER CREDIT UNION

By its attorneys,

*Kevin C. Cain (EAS)*
Kevin C. Cain (BBO No. 550055)
Michael J. Cedrone (BBO No. 657708)
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA  02110
Ph: 617·951·2100

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above document was served upon all counsel of record by fax and first class mail this 14th day of January 2005.

*Elizabeth A. Spinney*
Elizabeth A. Spinney