FILED
IN CLERKS OFFICE

2005 FEB 17 P 12: 37

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIRST PIONEER FARM CREDIT<br>Plaintiff<br><br>v.<br><br>FIRST PIONEER CREDIT UNION<br>Defendants | CIVIL ACTION NO. 04-12508 GAO |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE
## STATEMENT OF FIRST PIONEER CREDIT UNION

Pursuant to Local Rule 7.3(A), defendant First Pioneer Credit Union makes this following corporate disclosure statement. First Pioneer Credit Union is a Massachusetts Credit Union. No publicly held company owns more than ten percent (10%) of its stock.

Dated: Boston, Massachusetts
February 15, 2005

FIRST PIONEER CREDIT UNION

By its attorneys,

Kevin C. Cain (BBO # 550055)
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above document was served upon all counsel of record by first class mail this 15th day of February 2005

Michael K. Callan, Esq.
Deborah A. Basile, Esq.
Doherty, Wallace, Pillsbury and Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA 01144-1900

Steven M. Cowley, Esq.
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110

Kevin C. Cain

605225
193-91044