UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| FIRST PIONEER FARM CREDIT | |
|---|---|
| Plaintiff | |
| v. | CIVIL ACTION NO. 04-12508 GAO |
| FIRST PIONEER CREDIT UNION | |
| Defendant | |

**MOTION TO WITHDRAW EMERGENCY MOTION OF THE DEFENDANT, FIRST PIONEER CREDIT UNION, TO EXTEND DISCOVERY AND OTHER DEADLINES AND FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS**

The Defendant, First Pioneer Credit Union ("Credit Union") hereby withdraws its Emergency Motion To Extend Discovery and Other Deadlines And For Leave To Take Additional Depositions.

Respectfully submitted,

FIRST PIONEER CREDIT UNION

By its Attorneys,

Kevin C. Cain, BBO # 550055
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
Telephone: (617) 951-2100

Dated: March 15, 2005.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above document was served upon all counsel of record by facsimile and first class mail this 15th day of March 2005.

Steven M. Cowley, Esq.
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110

Deborah A. Basile
Doherty, Wallace, Pillsbury and Murphy, P.C.
One Monarch Place, Suite 1900
Springfield, MA 01144-1900

Kevin C. Cain

PABOS2:KCAIN:610297_1