UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
FILED
CLERKS OFFICE
2005 MAR 18 P 12: 11
U.S. DISTRICT COURT
DISTRICT OF MASS
```

| FIRST PIONEER FARM CREDIT, ACA |
| Plaintiff |
| |
| v. |
| |
| FIRST PIONEER CREDIT UNION |
| Defendant |

CIVIL ACTION NO. 04-12508 GAO

## JOINT MOTION TO CORRECT MISNOMER OF PLAINTIFF

The parties file this motion to correct the misnomer of the Plaintiff in the caption. The Plaintiff's correct name is "First Pioneer Farm Credit, ACA" and the caption inadvertently omitted the "ACA" portion of its name.

WHEREFORE the parties respectfully request that the Plaintiff's name as it appears in the caption of this case be changed to "First Pioneer Farm Credit, ACA."

Respectfully submitted,

FIRST PIONEER CREDIT UNION
By its attorneys,

_____
Kevin C. Cain, BBO # 550055
Terri L. Pastori, BBO #635323
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
Telephone: (617) 951-2100

FIRST PIONEER FARM CREDIT, ACA

By its attorneys,

*Elizabeth Spinney* /s/ by t/p. w/ permission
Steven M. Cowley BBO #554534
Elizabeth A. Spinney BBO #657848
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above document was served upon all counsel of record by first class mail this 16th day of March 2005.

| | |
|---|---|
| Steven M. Cowley, Esq. | Deborah A. Basile |
| EDWARDS & ANGELL, LLP | Doherty, Wallace, Pillsbury and Murphy, P.C. |
| 101 Federal Street | One Monarch Place, Suite 1900 |
| Boston, MA 02110 | Springfield, MA 01144-1900 |

_____
Terri L. Pastori