UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIRST PIONEER FARM CREDIT ACA<br><br>Plaintiff<br><br>v.<br><br>FIRST PIONEER CREDIT UNION<br><br>Defendant | CIVIL ACTION NO.  04-12508 GAO |

## NOTICE OF APPEARANCE

Please enter the appearance of Terri L. Pastori on behalf of the Defendant First Pioneer Credit Union in the above matter.

Respectfully submitted,

FIRST PIONEER CREDIT UNION

By its attorneys,

/s/ Terri Pastori
Terri L. Pastori, BBO# 635323
Michael C. Cain, BBO #550055
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this ___ day of April, 2005, I served a copy of the foregoing by mail, postage prepaid to all counsel of record.

| | |
|---|---|
| Steven M. Cowley, Esquire<br>Edwards & Angell LLP<br>101 Federal Street<br>Boston, MA 02110 | Deborah A. Basile<br>Doherty, Wallace, Pillsbury and Murphy, P.C.<br>One Monarch Place, Suite 1900<br>Springfield, MA 01144-1900 |

                                        /s/ Terri Pastori
                                        Terri L. Pastori