# Edwards & Angell LLP

101 Federal Street   Boston, MA 02110   617.439.4444   *fax* 617.439.4170

Elizabeth Anderson Spinney
617.951.2265
*fax* 888.325.9415
espinney@EdwardsAngell.com

April 13, 2005

**BY FIRST CLASS MAIL**

Judge George A. O'Toole, Jr.
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   First Pioneer Farm Credit, ACA v. First Pioneer Credit Union
      Civil Action No. 04-12508 GAO

Dear Judge O'Toole:

On April 11, 2005, counsel for First Pioneer Farm Credit, ACA, the Plaintiff in this matter, contacted your clerk, Paul Lyness, to request the cancellation of the hearing on the Plaintiff's Emergency Motion to Compel the Production of Documents from the Defendant, which was scheduled for April 11 at 2:00 p.m. First Pioneer did not, however, withdraw its Motion.

First Pioneer requested that the cancellation of this hearing based on the fact that the parties had agreed to submit a Confidentiality Stipulation and Protective Order that would, if approved by this Court, help to resolve the conflicts that had warranted a hearing. The parties will soon submit this Confidentiality Stipulation and Protective Order for your review.

If you have any questions regarding the parties' current situation, please do not hesitate to contact me. Thank you for your attention to this matter.

Very truly yours,

*Elizabeth A. Spinney*

Elizabeth Anderson Spinney

cc:   Steven M. Cowley, Esq.
      Kevin Cain, Esq.
      Terri Pastori, Esq.

BOS_484996_1/EANDERSON