UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIRST PIONEER FARM CREDIT<br>　　　　Plaintiff<br><br>v.<br><br>FIRST PIONEER CREDIT UNION<br>　　　　Defendants | CIVIL ACTION NO.  04-12508 GAO |

**DEFENDANT'S PROPOSED TIMETABLE FOR COMPLETION OF NAME CHANGE**

The Defendant, First Pioneer Credit Union, proposes the following deadlines to complete the name change:

| | |
|---|---|
| July 5, 2005 | Discontinue all Radio Advertising campaigns; |
| | Discontinue use of First Pioneer name at all trade shows; |
| July 8, 2005 | Newspaper publication of name change in accordance with Secretary of State's requirements; |
| July 11, 2005 | Final filing of name change with Secretary of State's office with evidence of publication of name change; |
| July 15, 2005 | Final Board approval of new logo design; |
| July 18, 2005 | Written request to Wal-Mart for approval of in-store branch signage change; |
| September 1, 2005 | Internal and External sign change complete (Wal-Mart location as soon as reasonably possible upon approval by Wal-Mart); |
| | Discontinue all print advertising; |
| September 15, 2005 | Discontinue use of First Pioneer name on all letterhead, legal forms, brochures, and other printed material and promotional items; |
| | Website redesign complete and implemented |

November 15, 2005    Visa and Debit Cards reissued to reflect name change

Respectfully submitted.

                                 DEFENDANT

                                 FIRST PIONEER CREDIT UNION

                                 By its Attorneys,

                                 /s/ Kevin C. Cain
                                 Kevin C. Cain, BBO # 550055
                                 PEABODY & ARNOLD LLP
                                 30 Rowes Wharf
                                 Boston, MA  02110
                                 Telephone: (617) 951-2100

Dated:  July 5, 2005

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true copy of the above document was served upon all counsel of record by hand this 5th day of July 2005.

   Steven M. Cowley, Esq.
   EDWARDS & ANGELL, LLP
   101 Federal Street
   Boston, MA  02110

                                 /s/ Kevin C. Cain
                                 Kevin C. Cain

606744