UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIRST PIONEER FARM CREDIT<br>Plaintiff<br><br>v.<br><br>FIRST PIONEER CREDIT UNION<br>Defendants | CIVIL ACTION NO. 04-12508 GAO |

**DEFENDANT'S PROPOSED TIMETABLE FOR COMPLETION OF NAME CHANGE**

The Defendant, First Pioneer Credit Union, proposes the following deadlines to complete the name change:

| | |
|---|---|
| July 5, 2005 | Discontinue all Radio Advertising campaigns; |
| | Discontinue use of First Pioneer name at all trade shows; |
| July 8, 2005 | Newspaper publication of name change in accordance with Secretary of State's requirements; |
| July 11, 2005 | Final filing of name change with Secretary of State's office with evidence of publication of name change; |
| July 12, 2005 *[handwritten]*<br>~~July 15, 2005~~ | *No new contracts for print advertising.* *[handwritten]*<br>Final Board approval of new logo design; |
| July 18, 2005 | Written request to Wal-Mart for approval of in-store branch signage change; |
| September 1, 2005 | Internal and External sign change complete ~~(Wal-Mart location as soon as reasonably possible upon approval by Wal-Mart)~~; |
| | Discontinue all print advertising; |
| September 15, 2005 | Discontinue use of First Pioneer name on all letterhead, legal forms, brochures, and other printed material and promotional items; |
| | Website redesign complete and implemented |

*[handwritten: 7/5/05 As amended, So Ordered, /s/ [signature] DJ]*

November 15, 2005   Visa and Debit Cards reissued to reflect name change

Respectfully submitted.

DEFENDANT

FIRST PIONEER CREDIT UNION

By its Attorneys,

_____
Kevin C. Cain, BBO # 550055
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA  02110
Telephone: (617) 951-2100

Dated: July 5, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above document was served upon all counsel of record by hand this 5th day of July 2005.

Steven M. Cowley, Esq.
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA  02110

_____
Kevin C. Cain

606744